## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR0143 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| LEO PURVIS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion requesting he be released to return home and participate in services at Community Alliance in Omaha, Nebraska.

On Consideration, the Court hereby ORDERS: that the Defendant shall be released either from the Pottawattamie County Jail or the U.S. Marshal's custody on Monday, March 25, 2019, no later than 9 a.m. Defendant is to be released to his wife, Kim Dale. She will take him to his appointment at Community Alliance on March 25, 2019, at 11:30 a.m. Mr. Purvis will reside with his wife in their home in Omaha, Nebraska, and participate in programs at the Community Alliance at the direction of his Probation Officer.

In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release. Further, the Court orders that if the Defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 25 day of March, 2019.

BY THE COURT:

_____
United States Magistrate Judge
The Honorable Michael D. Nelson